# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| NATACHA PIERRE, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| WARDEN, EL PASO SERVICE | § | |
| PROCESSING CENTER, IN THEIR | § | |
| OFFICIAL CAPACITY;  ESTRADA, | § | |
| ASSISTANT FIELD OFFICE | § | |
| DIRECTOR, EL PASO SERVICE | § | |
| PROCESSING CENTER, IN THEIR | § | |
| OFFICIAL CAPACITY; TODD | § | No.  3:26-CV-00552-LS |
| LYONS, ACTING DIRECTOR OF | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, IN THEIR | § | |
| OFFICIAL CAPACITY; DAREN | § | |
| MARGOLIN, EOIR DIRECTOR, U.S. | § | |
| DEPARTMENT OF JUSTICE, IN | § | |
| THEIR OFFICIAL CAPACITY; | § | |
| KRISTI NOEM, SECRETARY, U.S. | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, IN THEIR OFFICIAL | § | |
| CAPACITY; AND PAMELA BONDI, | § | |
| U.S. ATTORNEY GENERAL, IN | § | |
| THEIR OFFICIAL CAPACITY, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

In their response to Petitioner's habeas petition, Respondents notified the court that Petitioner was removed from the United States on March 5, 2026.[1] Petitioner filed a petition for a writ of habeas corpus regarding her detention by Immigration and Customs Enforcement.[2] Because

---

[1] ECF No. 4 at 1.

[2] ECF No. 1.

Petitioner is no longer detained by Respondents, her petition is moot.[3] The Court therefore denies

Petitioner's writ of habeas corpus and dismisses this case as moot.

       **SO ORDERED**.

       **SIGNED** and **ENTERED** on April 9, 2026.

 

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("'[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).